UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK WILLIAMS,

    Plaintiff,

v.      Case No. 3:23-cv-347-TJC-PDB

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 23), filed on October 5, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record